# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE
*(Not to be "Filed")*

| | |
|---|---|
| **Offender Name:** | David CRAMBLET |
| **Docket Number:** | 2:11CR00264-01 |
| **Offender Address:** | Anderson, California |
| **Judicial Officer:** | Honorable Gregory G. Hollows<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | 12/12/2011 |
| **Original Offense:** | 18 USC 641 - Theft of Government Property<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 60 months probation; $25 special assessment; $32,413 restitution. |
| **Special Conditions:** | 1) Not dissipate assets; 2) Financial disclosure; 3) Credit restrictions; 4) 100 hours community service; 5) 30 days incarceration as a condition of probation, but in no event shall this incarceration take place prior to the last month of the first year of probation (if defendant complies with all the other terms and conditions of probation the Court will accept a motion or stipulation and order to the effect that the terms and conditions of probation shall be modified to delete the 30 days); 6) 180 days location monitoring. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 12/12/2011 |
| **Assistant U.S. Attorney:** | Justin Lee    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Linda Harter    **Telephone:** (916) 498-5700<br>(Federal Defender's Office) |
| **Other Court Action:** | None |

RE:     CRAMBLET, David
        Docket Number:   2:11CR00264-01
        <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1.   **IRREGULAR RESTITUTION PAYMENTS**

**Details of alleged non-compliance:** On December 12, 2011, the Court sentenced the probationer to 60 months probation with the order to pay a $25 special assessment and $32,413 restitution. On March 7, 2012, the probationer met with the probation officer and signed an informal payment plan to pay $50 per month towards his financial obligation. The probationer has paid his special assessment in full, however, to date, he has paid only $600 towards restitution, leaving a balance of $31,813.

The probation officer has instructed and reminded the probationer to make restitution payments on several occasions. On July 23, 2013, the probation officer confronted the probationer regarding his failure to make regular monthly payments. The probationer offered no valid excuses, but stated he has been distracted from financial obligations due to long term marital difficulties with his wife. The probationer stated his wife remains angry and upset with him due to his original offense conduct. The probationer also stated that his wife does not share her income, but he pays the majority of the bills. The probationer said he and his wife live separate lives. Prior to ending the meeting, the probationer promised to make monthly restitution payments in the amount of $125. As a gesture of good faith, he made a $250 payment. The probationer said he can make the increased payments because he recently eliminated other debt.

**United States Probation Officer Plan/Justification:** Although the probationer is unable to make up delinquent monthly payments, his modest income will allow for increased monthly restitution payments. Therefore, it is recommended the Court take no negative action in order to give the probationer an opportunity to demonstrate good faith and make whole the victim in the instant

**RE: CRAMBLET, David
 Docket Number: 2:11CR00264-01
 REPORT OF OFFENDER NON-COMPLIANCE**

matter. Should the probationer continue to disregard his financial obligation, the probation officer will request Court intervention.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS
Senior United States Probation Officer**
Telephone: (530) 224-7236

**DATED:** August 5, 2013
Redding, California
RCW:aph

/s/ Michael A. Sipe

**REVIEWED BY:** _____
**MICHAEL A. SIPE
Supervising United States Probation Officer**

RE: CRAMBLET, David
Docket Number: 2:11CR00264-01
**REPORT OF OFFENDER NON-COMPLIANCE**

**THE COURT ORDERS:**

( X ) The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( ) Submit a Request for Modifying the Conditions or Term of Supervision.

( ) Submit a Request for Warrant or Summons.

( ) Other:

August 5, 2013
**Date**

*Allison Clare*
**Signature of Judicial Officer**

cc: United States Probation
Justin Lee, Assistant United States Attorney
Linda Harter, Assistant Federal Defender